

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE,
CLERK OF THE
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 4, 2018

Jason S. Bashara
Law Offices of Jason S. Bashara
111 Soledad St., Ste 1800
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Lauren Carrington Smyth
Carrington Smyth PLLC
110 W. Nueva
San Antonio, TX 78204
* DELIVERED VIA E-MAIL *

Scott Rothenberg
Law Office of Scott Rothenberg
P.O. Box 2187
Bellaire, TX 77402
* DELIVERED VIA E-MAIL *

Clinton Fancher Lawson
The Law Office of Clinton F.
Lawson
755 E Mulberry Ave Ste 200
San Antonio, TX 78212-4285
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     04-18-00120-CV
        Trial Court Case Number:     2015-CI-17261
        Style:   In the Interest of E.H.S.

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE,
Clerk of Court

Cecilia Phillips
Deputy Clerk, Ext. 5-3221

cc: Dinah L. Gaines (DELIVERED VIA E-MAIL)
Donna Kay McKinney (DELIVERED VIA E-MAIL)
Judy Busbee-Mata (DELIVERED VIA E-MAIL)
Luis Duran Jr. (DELIVERED VIA E-MAIL)
Craig Carter (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2018

No. 04-18-00120-CV

**IN THE INTEREST OF E.H.S.,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-17261
The Honorable Angelica Jimenez, Judge Presiding

# O R D E R

The trial court clerk has filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the clerk's record and that the appellant is not entitled to appeal without paying the fee.

We, therefore, ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of April, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court

April 4, 2018

No. 04-18-00120-CV

**IN THE INTEREST OF E.H.S.,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-17261
The Honorable Angelica Jimenez, Judge Presiding

# O R D E R

The trial court clerk has filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the clerk's record and that the appellant is not entitled to appeal without paying the fee.

We, therefore, ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

/s/Karen Angelini
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of April, 2018.

/s/ Keith E. Hottle
KEITH E. HOTTLE,
Clerk of Court

Entered this 4th day of April 2018